

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2017

No. 04-17-00139-CR

Demond **FRANKLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6149A
Honorable Melisa Skinner, Judge Presiding

## O R D E R

After this court granted two prior extensions, appellant's brief was due October 20, 2017. Appellant filed his brief on October 23, 2017, and the next day, filed a motion to extend time to file the brief. After review, we GRANT appellant's motion for extension of time. The State's appellate brief is due in this court on or before November 22, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court